LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90071
Telephone: (213) 624-2900
Facsimile: (213) 624-2901
Email: cjg@christiangarris.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO HERNANDEZ, an individual, | Case No. CV21-09501 |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | **BREACH OF PLAN (RECOVERY OF PLAN BENEFITS)** |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA and DOES 1-10, inclusive, | |
| Defendants. | |

1.      Plaintiff DARIO HERNANDEZ ("Plaintiff") complains and alleges:

## INTRODUCTORY ALLEGATIONS

2.      This Court's jurisdiction is invoked pursuant to 29 U.S.C. § 1132(e). Plaintiff's claims arise under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, et seq.  Alternatively, Plaintiff's claims arise in part under ERISA and in part under state law claims falling within the pendent or supplemental jurisdiction of this Court, deriving from a common nucleus of operative facts.

3.      Venue is properly within the Central District of California pursuant to 29 U.S.C. § 1132(e)(2), because the acts complained of have occurred within this

1  District, because Defendant resides in or may be found within this district, and

2  because the ends of justice so require.

3     4.     This action seeks damages for the denial of disability benefits under a

4  group disability policy ("the Plan") established by Plaintiff's employer, Penske

5  Truck Leasing Corporation ("Penske"), and administered by Defendant Prudential

6  Insurance Company of America ("Prudential").

7     5.     Plaintiff seeks benefits, attorneys' fees and costs, and other

8  appropriate relief for the improper, erroneous and illegal denial of disability

9  benefits owed to Plaintiff, a participant and beneficiary of the Plan.

10

11            **THE PARTIES AND THEIR RELATIONSHIPS**

12     6.     Plaintiff at all times herein mentioned was a resident and citizen of the

13  County of Los Angeles, State of California.  At all relevant times, Plaintiff was a

14  participant and beneficiary of the Plan.

15     7.     At all relevant times, the Plan was a group benefit plan that provided

16  Plaintiff with protection against the risk of disability.  Plaintiff was an employee of

17  Macy's and was enrolled at all relevant times in the Plan.

18     8.     Prudential is an insurance company authorized and licensed to

19  conduct, and is indeed conducting, the business of insurance in the State of

20  California.  Plaintiff is informed and believes, and thereon alleges, that Prudential

21  is a corporation domiciled in the State of New Jersey.

22

23            **FACTUAL BACKGROUND**

24     9.     The disability Plan established by Penske was funded and

25  administered by Prudential.

26     10.    Plaintiff paid all premiums due for the disability coverage under the

27  Plan.

28     11.    Under the Plan, if Plaintiff is unable to perform the material and

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 900071
tel 213.624.2900
fax 213.624.2901

— 2 —
**Complaint**

substantial duties of her regular occupation with reasonable continuity, she is entitled to a disability benefit.  All benefits are administered and paid under the Plan by Prudential.  The Plan is funded by an insurance policy issued to Penske by Prudential.

12.  The Plan provides both short-term disability ("STD") and long-term disability ("LTD") benefits.

13.  The monthly LTD benefit is 60% of pre-disability income.

14.  The maximum benefit period is to Plaintiff's normal Social Security retirement age.

15.  Plaintiff was employed by Penske at all relevant times as a technician. This job is very stressful and requires a great deal of physical activity such as lifting and working on large industrial vehicles.

16.  Plaintiff suffers from lumbar enthesopathy, lumbar disc disorder, herniated discs, acute sinusitis, right arm tendon pain, diabetes, hypertension, and other conditions.

17.  On or about May 6, 2018, Plaintiff became totally disabled under the terms of the Plan.

18.  Prudential terminated benefits in a letter dated June 11, 2020.

19.  Plaintiff timely appealed on December 8, 2020, and requested a copy of the administrative record.

20.  On August 3, 2020, Faro Owiesy, M.D., stated that Plaintiff was totally disabled due to "rupture of tendons and disc disorder."  Dr. Owiesy concluded that Plaintiff was disabled from any occupation: "This disability is permanent he is not able to perform any other job related duties either."

21.  On August 21, 2020, K. E. Gabot-Puhawan, M.D., wrote a long list of conditions for which Plaintiff was being treated, including lumbar radiculopathy and chronic back pain.

22.  On September 8, 2020, Frederick Davis, M.D., wrote that Plaintiff

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90071
tel 213.624.2900
fax 213.624.2901

**Complaint**

was disabled from any occupation for which he is suited in light of his training, education, and experience. Dr. Davis stated that Plaintiff could not be expected to lift more than 10 pounds and that even walking and standing would be very difficult for him.

23.     On or about January 21, 2021, Prudential rejected Plaintiff's appeal of the claim.

24.     The Plan required payment of benefits within the jurisdiction of the above-entitled Court for a total amount to be shown at the time of trial.

25.     The Plan was entered into within the jurisdiction of the above-entitled Court.

26.     The Plan calls for performance within the jurisdiction of the above-entitled Court.

27.     Plaintiff has pursued and exhausted all administrative appeals, which Defendants denied.

## FIRST CAUSE OF ACTION
### FOR BREACH OF PLAN AND RECOVERY OF PLAN BENEFITS
### (Against All Defendants)

28.     The allegations contained in all previous paragraphs are incorporated herein by reference as though set forth in full.

29.     The disability Plan established by Penske was funded and administered by Prudential.

30.     Plaintiff paid all premiums due for the disability coverage under the Plan.

31.     Under the Plan, if Plaintiff is unable to perform the material and substantial duties of her regular occupation with reasonable continuity, she is entitled to a disability benefit. All benefits are administered and paid under the Plan by Prudential. The Plan is funded by an insurance policy issued to Penske by

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90071
tel 213.624.2900
fax 213.624.2901

Prudential.

32.    The Plan provides both short-term disability ("STD") and long-term disability ("LTD") benefits.

33.    The monthly LTD benefit is 60% of pre-disability income.

34.    The maximum benefit period is to Plaintiff's normal Social Security retirement age.

35.    Plaintiff was employed by Penske at all relevant times as a technician. This job is very stressful and requires a great deal of physical activity such as lifting and working on large industrial vehicles.

36.    Plaintiff suffers from lumbar enthesopathy, lumbar disc disorder, herniated discs, acute sinusitis, right arm tendon pain, diabetes, hypertension, and other conditions.

37.    On or about May 6, 2018, Plaintiff became totally disabled under the terms of the Plan.

38.    Prudential terminated benefits in a letter dated June 11, 2020.

39.    Plaintiff timely appealed on December 8, 2020, and requested a copy of the administrative record.

40.    On August 3, 2020, Faro Owiesy, M.D., stated that Plaintiff was totally disabled due to "rupture of tendons and disc disorder."   Dr. Owiesy concluded that Plaintiff was disabled from any occupation: "This disability is permanent he is not able to perform any other job related duties either."

41.    On August 21, 2020, K. E. Gabot-Puhawan, M.D., wrote a long list of conditions for which Plaintiff was being treated, including lumbar radiculopathy and chronic back pain.

42.    On September 8, 2020, Frederick Davis, M.D., wrote that Plaintiff was disabled from any occupation for which he is suited in light of his training, education, and experience.   Dr. Davis stated that Plaintiff could not be expected to lift more than 10 pounds and that even walking and standing would be very

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90071
tel 213.624.2900
fax 213.624.2901

difficult for him.

43.     On or about January 21, 2021, Prudential rejected Plaintiff's appeal of the claim.

44.     The Plan required payment of benefits within the jurisdiction of the above-entitled Court for a total amount to be shown at the time of trial.

45.     The Plan was entered into within the jurisdiction of the above-entitled Court.

46.     The Plan calls for performance within the jurisdiction of the above-entitled Court.

47.     Plaintiff has pursued and exhausted all administrative appeals, which Defendants denied.

48.     As a direct and proximate result of Defendant's refusal to honor the terms of the Plan, Plaintiff has suffered contractual damages under the and other incidental damages and out-of-pocket expenses, including attorney fees and costs, all in a sum to be determined at the time of trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1.     For benefits payable under the Plan to reimburse Plaintiff, a beneficiary and participant of the Plan, less amounts previously paid, plus interest;

2.     For reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g)(1);

3.     For pre-judgment interest at the appropriate rate; and

4.     For such other relief as the court deems appropriate.

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90071
tel 213.624.2900
fax 213.624.2901

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: December 8, 2021

LAW OFFICES OF CHRISTIAN J. GARRIS

By:_____
        Christian J. Garris, Esq.

Attorneys for Plaintiff

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90071
tel 213.624.2900
fax 213.624.2901

**Complaint**